634

No. 344. Conway *v.* O'Brien. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Herbert G. Barber, Paul E. Lesh,* and *Jerome F. Barnard* for petitioner. *Mr. Edwin W. Lawrence* for respondent.

No. 369. Hemphill *v.* United States. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Melville Monheimer* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 373. Just et al. *v.* Chambers, Executrix. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Samuel W. Fordyce, Walter R. Mayne, M. L. Mershon,* and *W. O. Mehrtens* for petitioners. *Messrs. Raymond Parmer* and *Vernon Sims Jones* for respondent.

No. 384. Breisch *v.* Central Railroad of New Jersey. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Fred B. Gernerd* for petitioner. *Mr. George W. Aubrey* for respondent.

No. 393. United States *v.* Pelzer. October 21, 1940. Petition for writ of certiorari to the Court of Claims